468 A.2d 830

Commonwealth v. Jones, Appellant.

Petition for Allowance of Appeal
Denied April 3, 1984.

Submitted September 23, 1983. Daniel W. Stern, for appellant; Charles J. Rehkamp, Jr., District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.